MARYANNE CINELLI, an Infant, by Her Parent and Natural Guardian, ROBERT CINELLI, et al., Respondents, v. PETER RADCLIFFE, Infant, by His Parent, HAROLD RADCLIFFE, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

ALEXANDER COURY et al., Respondents, v. SAFE AUTO SALES, INC., et al., Appellants.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.